UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E.L.H., JR.,

     Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.

Case No. 23-cv-12561
Hon. Matthew F. Leitman

_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**,

Defendant's Motion for Summary Judgment is **DENIED**, and this action is

**REMANDED** to the Commissioner of Social Security for further administrative

proceedings.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan_____
       Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 19, 2025
Detroit, Michigan

1